# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-18-00476-CV

### In the Matter of D. J. M.

### FROM THE 155TH DISTRICT COURT OF FAYETTE COUNTY
### NO. 807, THE HONORABLE JEFF R. STEINHAUSER, JUDGE PRESIDING

## O R D E R

**PER CURIAM**

Appellant D. J. M. filed his notice of appeal on July 19, 2018. Appellee's brief was due in this Court on October 18, 2018. *See* Tex. R. App. P. 38.6(b). On October 22, 2018, counsel for appellee filed a motion for extension of time to file appellee's brief.

The Texas Legislature has accelerated the final disposition of appeals from the decision of a juvenile court under Texas Family Code Section 54.02 waiving its exclusive jurisdiction and certifying the juvenile to stand trial as an adult. *See* Acts 2015, 84th Leg., R.S., ch. 74 (S.B. 888). Pending the adoption of rules of judicial administration, the Texas Supreme Court has ordered that these appeals are governed by the Texas Rules of Appellate Procedure applicable to accelerated appeals and has further ordered that appellate courts should bring these appeals to final disposition within 180 days of the filing of the notice of appeal. *See* Tex. Sup. Ct. Misc. Docket No. 15-9156 (Aug. 28, 2015). The accelerated schedule constrains this Court's leeway in granting extensions. In this instance, the Court grants the motion in part. If this Court

does not receive appellee's brief on or before November 12, 2018, this cause will be submitted and considered on appellant's brief alone.

It is ordered on October 25, 2018.

Before Chief Justice Rose, Justices Field and Toth